IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 4:16-cr-00325-BHH |
| v. | |
| FRANKLIN BENJAMIN LANTIGUA<br>RUDDY ANTONIO IGLESIA | **O R D E R** |

The within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 4:16-cr-00325 against Franklin Benjamin Lantigua and Ruddy Antonio Iglesia be and the same is hereby dismissed without prejudice.

_____
BRUCE H. HENDRICKS
UNITED STATES DISTRICT JUDGE

Florence, South Carolina
November 24, 2016